NUMBER 13-07-700-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

THE STATE OF TEXAS FOR THE BEST INTEREST


AND PROTECTION OF J.M.


 ____________________________________________________________


On Appeal from the Probate Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on January 9, 2008. On January
30, 2008, the Clerk of the Court notified appellant that the brief had not been timely filed
and that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellant reasonably explained the failure and the appellee was not significantly
injured by the appellant's failure to timely file a brief. Appellant has not responded to this
notice. Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. 

 The Court, having considered the documents on file and appellant's failure to file
his brief, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 24th day of April, 2008.